# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MARYELLEN NOREIKA**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

April 22, 2015

The Honorable Leonard P. Stark　　　　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
　for the District of Delaware
844 North King Street
Wilmington, DE 19801

　　　　　Re:　*Andover Healthcare, Inc. v. 3M Company*
　　　　　　　　C.A. No. 13-843 (LPS)

Dear Chief Judge Stark:

　　　　We write on behalf of Defendant ("3M") to update the Court regarding the status of 3M's *inter partes* review ("IPR") No. IPR2014-00630 against the patent-in-suit, Plaintiff Andover's U.S. Patent No. 6,156,424. On request for reconsideration, the IPR of claim 6 was instituted on February 20, 2015. On April 17, 2015, at Andover's request, Adverse Judgment was entered under 37 C.F.R. § 42.73, and claim 6 was cancelled. A copy of that Judgment is attached herewith.

　　　　Because claim 6 has been cancelled at Andover's request, it is no longer assertable. *E.g.,* 37 C.F.R. § 42.73(d)(3) (patent owner is precluded from taking action inconsistent with the adverse judgment). Furthermore, 3M believes that construction of the "cohesive elastomeric solid" term recited therein is no longer necessary to resolve the parties' dispute. *C.f.,* D.I. 84 (3M Opening Claim Construction Br.) at 17-20 (requesting construction of the term).

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　*/s/ Maryellen Noreika*

　　　　　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)

MN/dlw
Enclosure
cc:　　Clerk of Court (Via Hand Delivery; w/ encl.)
　　　　All Counsel of Record (Via Electronic Mail; w/ encl.)